IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID BUCK CULVER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0844

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

David Buck Culver, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. This Court retains jurisdiction to address the imposition of sanctions.

B.L. THOMAS, C.J., LEWIS and ROWE, JJ., CONCUR.